**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :          CASE NO.: 7:26-CR-03 (WLS-ALS)
                                   :
DAVANTI YEARBY,                    :
                                   :
    Defendant.                   :
_____  :

**<u>ORDER</u>**

    The Court intends to notice this case for the August 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

    **SO ORDERED**, this 18th day of May 2026.

                         **/s/ W. Louis Sands**
                         **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1