**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CR-03 (WLS-ALS) |
| DAVANTI YEARBY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant's Response to Court Order (Doc. 25), filed on May 29, 2026, and pursuant to the Court's previous Order (Doc. 24) directing counsel to confer and inform the Court whether the case is ready to proceed to trial during the Court's Valdosta Division August 2026 term.[1] In the Response, Defense Counsel states that reciprocal discovery provided to the Government requires further investigation by the Government and asks the Court to continue the trial until such investigation is complete. Counsel further states that the results of the investigation could require a motion to suppress certain evidence.

The Response does not indicate approximately how long the Government's investigation may take, whether Defendant is requesting a continuance to the Court's next regularly scheduled trial term or sooner, or other facts from which the Court could find that a continuance is necessary in the interests of justice. As such, the Court **INSTRUCTS** Defendant to file the appropriate motion for a continuance for the Court's consideration, if he wishes to do so, **by no later than Friday, June 5, 2026**. In the absence of a properly filed motion, the Court intends to notice this case for a pretrial conference.

**SO ORDERED**, this 1st day of June 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] The Court, at Defendant's request, previously continued the trial in this matter to the August term on April 13, 2026. (Docs. 21 & 22).